UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TERRENCE BODDIE,

               Plaintiff,

       - against -

ANDREA D. EVANS, Chairperson of the New York
State Division of Parole,

             Defendant.

------------------------------------------------------------X

**ORDER**
**08-CV-911 (KAM)(LB)**

**BLOOM, United States Magistrate Judge:**

      Plaintiff, Terrence Boddie, initiated this *pro se* action on February 27, 2008, alleging that defendants violated his rights under 42 U.S.C. § 1983 by revoking his parole. On April 17, 2009, the Court granted New York State Division of Parole's motion to dismiss and afforded plaintiff an opportunity to amend his complaint. Document 31. Plaintiff filed an amended complaint on July 27, 2009 naming Andrea Evans, Chairperson of the New York State Division of Parole, and Sally Thompson, Parole Commissioner for the New York State Division of Parole. Document 47. By Order dated November 16, 2009, the Court dismissed Sally Thompson from the action and referred the case to me for pretrial supervision. Document 57. The Clerk of Court is directed to prepare the necessary papers to have defendant Evans served with process, and the United States Marshals Service shall serve a copy of this Order, the summons and amended complaint on Evans.

SO ORDERED.

                              /S/
                          LOIS BLOOM
                          United States Magistrate Judge

Dated: November 18, 2009
       Brooklyn, New York